**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 27, 2025

Mr. George Katchmer
Law Office
1886 Brock Road, N.E.
Bloomingburg, OH 43106

Mr. Christopher Robert Yates
Office of the U.S. Attorney
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

Re: Case No. 25-3398, *Carmen Guerrero-Sandoval, et al v. Pamela Bondi, et al*
Originating Case No. : 2:25-cv-00559

Dear Counsel,

The in the above styled case, appellants have filed an emergency motion to stay injunction pending appeal, motion to stay execution date on May 27, 2025.

A response and reply to the motion have been requested by the court and must be electronically filed. The appellees response is now due by Close of Business (5:00 p.m. EST), **Wednesday, May 28, 2025**, and the appellants reply is now due by (2:00 p.m. EST), Thursday, May 29, 2025.

Your immediate attention to this matter is appreciated.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027